[No. 15024-3-I. Division One. December 3, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JASON ALLEN GANO, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 84-8-01487-5, Maurice Epstein, J. Pro Tem., entered July 31, 1984. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Coleman and Webster, JJ.